**Jeffrey Ray BAILEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 65899.**

Missouri Court of Appeals,
Western District.

Sept. 26, 2006.

Kent Denzel, Columbia, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before HOWARD, C.J., ELLIS and HARDWICK, JJ.

### ORDER

PER CURIAM.

Jeffrey Bailey appeals from the denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. Upon review of the briefs and the record, we find no error and affirm the judgment. We have provided the parties with a Memorandum explaining the reasons for our decision because a published opinion would have no precedential value.

AFFIRMED. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Larry PEOPLES, Appellant.**

**No. WD 65422.**

Missouri Court of Appeals,
Western District.

Sept. 26, 2006.

Margaret Mueller Johnston, Public Defender Office, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang and Jayne Woods, Office of Attorney General, Jefferson City, for respondent.

Before HAROLD L. LOWENSTEIN, Presiding Judge, PAUL M. SPINDEN, Judge, and THOMAS H. NEWTON, Judge.

### ORDER

Larry Peoples appeals the circuit court judgment convicting him of possession of a controlled substance. We affirm. Rule 30.25.